IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01079-DME-MJW

STEVEN CARTER,

    Plaintiff,

v.

EZECHIEL RODRIGUEZ, HENRICKSON TRUCKING, INC., a California corporation, MEKOE WATSON, KELLEY L. HARROLD, and DENNIS ROGAN

    Defendants.

**ORDER REGARDING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT TO INCLUDE ADDITIONAL DEFENDANTS**

(Docket No. 14)

THE COURT, having reviewed Plaintiff's Motion for Leave to Amend Complaint to Include Additional Defendants, and being fully apprised in the premises:

HEREBY GRANTS Plaintiff's Motion permitting Plaintiff leave to amend Plaintiff's previously filed Complaint to include additional Defendants, Mekoe Watson, Kelley L. Harrold, and Dennis Rogan. The Amended Complaint And Jury Demand is Accepted For Filing As of The Date of This Order.

DONE this 26th day of July, 2011.

1 of 2

(def)

BY THE COURT:

*[signature]*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

2 of 2

11-CV-01079-DME-MJW - 7-20-11

(def)