IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01079-DME-MJW

STEVEN CARTER,

Plaintiff(s),

v.

EZECHIEL RODRIGUEZ, and
HENDRICKSON TRUCKING, INC., a California corporation,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Vacate and Re-Set Scheduling Conference, DN 18, filed with the Court on August 3, 2011, is GRANTED.  The Scheduling Conference set on August 16, 2011, at 2:30 p.m., is VACATED and RESET on September 29, 2011, at 9:00 a.m., in Courtroom A-502, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, 80294.   Proposed Scheduling Order and confidential settlement statements shall be submitted to the court on or before September 23, 2011.

Date:  August 8, 2011