IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01079-DME-MJW

STEVEN CARTER,

Plaintiff(s),

v.

EZECHIEL RODRIGUEZ, and
HENDRICKSON TRUCKING, INC., a California corporation,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Second Joint Motion to Vacate and Re-Set Scheduling Conference, DN 28, filed with the Court on September 22, 2011, is DENIED.

Date: September 23, 2011