**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 11cv01079-DME-MJW

STEVEN CARTER,

    Plaintiff,

v.

EZECHIEL RODRIGUEZ and
HENRICKSON TRUCKING, INC., a California corporation,

    Defendants.

**ORDER REGARDING PLAINTIFF'S UNOPPOSED MOTION TO REMAND FOR LACK OF DIVERSITY TO DISTRICT COURT, COUNTY OF EL PASO, STATE OF COLORADO**

    **THE COURT,** having reviewed the Plaintiff's Unopposed Motion to Remand for Lack of Diversity to District Court, County of El Paso, State of Colorado, and being fully apprised in the premises:

    **HEREBY GRANTS** the Motion and remands this action to the District Court, County of El Paso, State of Colorado.

    **DONE** this 30th day of September, 2011.

                                          BY THE COURT:

                                          *s/ David M. Ebel*
                                          U.S. Circuit Court Judge
                                          District of Colorado